# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

_____

## No. 201700034

_____

## UNITED STATES OF AMERICA
Appellee

v.

## ANDRES A. MAGANA
Lance Corporal (E-3), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Robert D. Merrill, USMC.
Convening Authority: Commanding Officer, Headquarters and Service
Battalion, Marine Corps Base, Quantico, VA.
Staff Judge Advocate's Recommendation: Major Michael J. Eby,
USMC.
For Appellant: Lieutenant Colonel Lee C. Kindlon, USMCR.
For Appellee: Brian K. Keller, Esq.

_____

Decided 2 May 2017

_____

Before MARKS, RUGH, and MILLER, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of
error, we affirm the findings and sentence as approved by the convening
authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court